05-CV-00366-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARIO RODRIGUEZ-MORALES, | ) | CASE NO.  C05-0366-MJP-MAT |
| | ) | (CR04-263-MJP) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DENYING § 2255 MOTION |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's § 2255 motion, the government's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. #1) is DENIED.

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this _1_ day of _June_, 2005.

MARSHA J. PECHMAN
United States District Judge

ORDER DENYING § 2255 MOTION
PAGE -1